No. 23-2213

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

## CONTINENTAL CEMENT COMPANY, LLC,

Petitioner,

v.

## SECRETARY OF LABOR, MINE SAFETY AND HEALTH ADMINISTRATION

and

## FEDERAL MINE SAFETY AND HEALTH REVIEW COMMISSION,

Respondents.

Appeal from Federal Mine Safety and Health Review Commission
Docket No. CENT 2021-0013

## MOTION FOR EXTENSION OF BRIEF FILING DEADLINE

David L. Schenberg
R. Lance Witcher
Thomas R. Chibnall
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
7700 Bonhomme Avenue, Suite 650
St. Louis, Missouri 63105
314.802.3956

Petitioner Continental Cement Company, LLC ("Continental Cement") requests an extension of the deadlines for filing its response brief with addendum, and the appendix. In support, Continental Cement states as follows:

1.    Continental Cement's opening brief with addendum, and the appendix, are currently due on July 10, 2023.

2.    Due to the undersigned lead counsel also having responsibilities for briefing due in the United States Court of Appeals for the Ninth Circuit, *Rodriguez v. The Boeing Company*, No. 21-35951, on June 29, 2023, and for a hearing in the Circuit Court of the County of St. Charles, Missouri, *Groezinger v. Encompass Health Corp., et al.*, No. 2211-CC00852, on June 29, 2023, and due to the undersigned's prescheduled vacation the following week, Continental Cement requests an extension of the current deadlines from July 10, 2023 to and including August 11, 2023.

3.    This is Continental Cement's first request for an extension of time, and the request is made for good cause and in good faith.

4.    Opposing counsel has no objection to this motion.

Appellate Case: 23-2213    Page: 2    Date Filed: 06/14/2023 Entry ID: 5286992

WHEREFORE, Petitioner Continental Cement Company, LLC respectfully requests that the deadlines for filing its brief with addendum, and the appendix, be extended to August 11, 2023 and for such other and further relief as the Court deems just and appropriate.

Respectfully submitted,

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

/s/ *David L. Schenberg*

David L. Schenberg
Thomas R. Chibnall
R. Lance Witcher
7700 Bonhomme Avenue, Suite 650
St. Louis, Missouri  63105
314.802.3956 *(telephone)*
314.802.3936 *(facsimile)*
david.schenberg@ogletreedeakins.com

*Attorneys for Petitioner*
*Continental Cement Company, LLC*

3

<u>CERTIFICATE OF COMPLIANCE</u>

This Motion complies with the typeface requirements of F.R.A.P. 32(a)(5), the type-style requirements of F.R.A.P. 32(a)(6), and the length limit of F.R.A.P. 27 (d)(2)(a) because it contains 172 words.

*/s/ David L. Schenberg*
*Attorney for Petitioner*
*Continental Cement Company, LLC*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 14, 2023, I electronically filed the foregoing with the Clerk of the Court for the United States District Court of Appeals for the Eighth Circuit by using the CM/ECF system and a copy of such filing was served on all registered participants.

*/s/ David L. Schenberg*
*Attorney for Petitioner*
*Continental Cement Company, LLC*

4